Valvo v. City of New York

# VERDICT SHEET

## Liability

### Hostile Work Environment

1) Was the plaintiff subjected to a hostile work environment by the defendant:

   a. under federal law?

   Yes _____   No ___✓___

   b. under New York State law?

   Yes _____   No ___✓___

   c. under New York City law?

   Yes ___✓___   No _____

### Retaliation

2) Was the plaintiff subjected to retaliation by the defendant:

   a. under federal and New York State law?

   Yes _____   No ___✓___

   b. under New York City law?

   Yes _____   No ___✓___

**If you answered "No" to all Questions on this page, the foreperson should sign and date the Verdict Sheet on page 2 and report your verdict.**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 25 2017 ★
BROOKLYN OFFICE

COURT EXHIBIT
4

1

## Damages

### Hostile Work Environment

**If you answered "Yes" to any subsection of Question 1, answer Question 3. If not, proceed to Question 4.**

3)
    a. State the amount of damages for **past pain and suffering**, if any, the plaintiff has proven on his hostile work environment claim:

$$\$ \ 20,000-$$

    b. State the amount of damages for **future pain and suffering**, if any, the plaintiff has proven on his hostile work environment claim:

$$\$ \ 0-$$

### Retaliation

**If you answered "Yes" to any subsection of Question 2, answer Questions 4 and 5. If not, report your verdict.**

**Damages for Pain and Suffering**

4)
    a. State the amount of damages for **past pain and suffering**, if any, the plaintiff has proven on his retaliation claim:

$_____$

    b. State the amount of damages for **future pain and suffering**, if any, the plaintiff has proven on his retaliation claim:

$_____$

### Economic Damages

5) State the amount of **front pay**, if any, the plaintiff has proven on his retaliation claim:

$_____$

_[signature]_
FOREPERSON

April 10, 2017
DATE

2