UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
NICHOLAS VALVO,                                JUDGMENT

                   Plaintiff,                  13 CV 6562 (NG) (SMG)

v.

CITY OF NEW YORK,

                   Defendant.
-----------------------------------------------------------------X

       An Opinion and Order of the Honorable Nina Gershon, United States District Judge, having been filed on January 23, 2018, granting in part, and denying in part, plaintiff's motion for costs, expenses and attorneys' fees; and awarding Plaintiff costs and expenses in the amount of $8,370.50, attorneys' fees in the amount of $146,430, and no prejudgment interest; it is

       ORDERED and ADJUDGED that plaintiff's motion for costs, expenses, and attorneys' fees is granted, in part, and denied, in part; and that judgment is hereby entered in favor of Plaintiff in the total amount of $154,800.50.


Dated: Brooklyn, New York                                     Douglas C. Palmer
       January 23, 2018                                            Clerk of Court

                                                            By:   */s/Jalitza Poveda*_____
                                                                      Deputy Clerk